IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRIAN CHRISTOPHER CRAFTON**  **PLAINTIFF**
*ADC #169581*

v.     CASE NO. 3:22-CV-00007-BSM

**DOE**     **DEFENDANT**

## ORDER

Brian Crafton has not complied with the January 14, 2022 order [Doc. No. 2] directing him to pay the filing fee or file a motion to proceed *in forma pauperis*. The time to do so has expired. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal from would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE