**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRIAN CHRISTOPHER CRAFTON**                                      **PLAINTIFF**
*ADC #169581*

**v.**                          **CASE NO. 3:22-CV-00007-BSM**

**DOE**                                                            **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE